IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.  7:23-CR-00082-M-RJ

UNITED STATES OF AMERICA

v.

CHRISTOPHER TODD EVANS,

Defendant.

ORDER

This matter comes before the court on the United States' Amended Motion for Release of Funds [DE 98].  The government requests an order directing the United States Marshals Service to release funds seized from the Defendant during the prosecution of this case to the financial section of the United States District Court Clerk's Office for application to Evans' outstanding criminal monetary penalties ordered by this court.  Although provided the opportunity to do so, Defendant did not respond to the motion.

For good cause shown, the motion is GRANTED.  The U.S. Marshals Service shall release the funds seized from Christopher Todd Evans, in the amount of $7,826.50, and tender the funds to the financial section of the United States District Court Clerk's Office.  The funds shall be applied to the outstanding monetary penalties ordered in this case.

In light of this order, the United States' Motion for Release of Funds [DE 97] is DENIED AS MOOT.

SO ORDERED this _____5th_____ day of March, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE